UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHERRIE A. CALLAWAY,                    )
                                        )
        Plaintiff,                      )
    vs.                                 )        1:10-cv-01245-LJM-TAB
                                        )
MICHAEL J. ASTRUE,                      )
                                        )
        Defendant.                      )

## ENTRY OF JUDGMENT

Through an order dated March 22, 2012, the Court **AFFIRMED** defendant's, Michael

J. Astrue, in his capacity as the Commissioner of the Social Security Administration,

decision to deny plaintiff's, Sherrie A. Callaway, application for disability benefits from May

6, 2008 forward.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By   _____

        Deputy Clerk, U.S. District Court

Distribution to:

Thomas E. Kieper                        Patrick Harold Mulvany
UNITED STATES ATTORNEY'S OFFICE         patrick@mulvanylaw.com
tom.kieper@usdoj.gov